# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| YOLANDA TUCKER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-4408 |
| | § | |
| HARRIS COUNTY HOSPITAL | § | |
| DISTRICT d/b/a HARRIS HEALTH | § | |
| SYSTEM, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on March 30, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge